# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-48

———————————————

JEFFREY LANCE HILL, SR.,

Appellant,

v.

SUWANNEE RIVER WATER
MANAGEMENT DISTRICT,

Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
William F. Williams, III, Judge.

July 26, 2019

PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Jeffrey Lance Hill, Sr., pro se, Appellant.

Leonard J. Dietzen, III, of Rumberger, Kirk & Caldwell, P.A., Tallahassee, and Chase E. Hattaway and David C. Willis of Rumberger, Kirk & Caldwell, P.A., Orlando, and George T. Reeves of Davis, Schnitker, Reeves & Browning, P.A., Madison, for Appellee.